UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEE DUPREY AND SHIRLEYANN DUPREY ) <br>     Plaintiffs )<br>)<br>v. )<br>)<br>ASSOCIATED CREDIT SERVICES, INC. )<br>    Defendant )<br>_____ ) | CIVIL ACTION NO.<br>3:10-CV-00164-JCH<br><br><br><br><br>JUNE 30, 2010 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiffs, Lee Duprey and Shirleyann Duprey, through their attorney, and the defendant, Associated Credit Services, Inc., through its attorneys, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

**Plaintiffs**, **Lee Duprey and Shirleyann Duprey**

By /s/ Daniel S. Blinn
Daniel S. Blinn, Esq.  (ct 02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
Tel: (860) 571-0408
Fax: (860) 571-7457
dblinn@consumerlawgroup.com

        **Defendant**, Associated Credit Services, Inc.

        By /s/ Jonathan Elliot  
        Jonathan Elliot, Esq.   ct05762  
        Zeldes, Needle & Cooper  
        1000 Lafayette Boulevard  
        P.O. Box 1740  
        Bridgeport, CT 06601  
        Tel. (203) 333-9441  
        Fax. (203) 333-1489  
        jelliot@znclaw.com

## CERTIFICATION

I hereby certify that on this 30th day of June, 2010, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

        /s/ Daniel S. Blinn  
        Daniel S. Blinn